

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00109-CV

**JIMMY JOSEPH NEWELL,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2017-1307-C2

## ORDER

Appellant's Request for Clerk's Record-Reporter's Record, filed on June 2, 2018, was not properly served. Every document requesting relief sent to this Court must reflect that it was served on all parties to the proceeding. *See* TEX. R. APP. P. 9.5(a). Nevertheless, we use Rule 2 to dispense with this requirement, and proceed to a disposition of appellant's request. *See id*. 2. Future requests not properly served will not be acknowledged or acted upon by the Court.

The clerk's record in this appeal was filed on June 7, 2018. The reporter's record

has not yet been filed. Because this appeal was only recently reinstated by the Court, the reporter will not be "compelled" to file the reporter's record or sanctioned per our local rules at this time. Moreover, there may be no reporter's record regarding the order being appealed. The Court will pursue the filing of the reporter's record, if any, through the Court's normal procedures.

Appellant will be informed when the entire appellate record is filed with the Court or when the Court determines that no reporter's record exists and the appeal will be submitted on the clerk's record alone. At that time, appellant may request to check out the record from the Clerk of this Court. *See* 10TH TEX. APP. (WACO) LOC. R. 11(a). Because the Court's local rules provide a way for appellant to have access to the appellate record, the Court will not order the district clerk or the reporter to provide appellant with a copy of the appellate record.

Accordingly, appellant's request is denied at this time without prejudice to request to check out the record from the Clerk of this Court at the appropriate time.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied
Order issued and filed July 3, 2018

